AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROVALE D. REESE | ) | 25-MJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 2, 2022__ in the county of __Sangamon__ in the __Central__ District of __Illinois and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(B). | Distributing 500 grams or more of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector James Hertel - USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/18/2025

_____
*Judge's signature*

City and state: Springfield, Illinois    Hon. Colleen R. Lawless, U.S. District Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT
## AND APPLICATION FOR AN ARREST WARRANT

James L. Hertel, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.  I am a United States Postal Inspector assigned to the Springfield, Illinois, Multi-Functional Team. I have been employed with the U.S. Postal Inspection Service (USPIS) since May 2021. Prior to my employment with USPIS, I worked as a Special Agent with the United States Secret Service (USSS) beginning in August 2010. I received federal law enforcement training at the Federal Law Enforcement Training Center in Glynco, GA and the James J. Rowley Training Center in Beltsville, MD. As a Special Agent with the USSS and as an Inspector with the USPIS, I have received extensive training in investigating violations of federal statutes, and I am responsible for conducting investigations regarding such criminal violations. As a U.S. Postal Inspector, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States. I am also an "investigative or law enforcement officer" of the United States, that is, an officer of the United States who is empowered by the law to conduct investigations of and to make arrests for the offenses enumerated in Title 18 and Title 21 of the United States Code. My combined approximately

1

thirteen years as a federal criminal investigator has included numerous criminal investigations, the execution of search warrants and the seizure of contraband. My employment with the USPIS has provided me with valuable insight into how controlled substances or the proceeds of controlled substances are shipped through the U.S. Postal Service (USPS) and how the USPS is used as a tool by individuals or groups to facilitate drug trafficking.

2. The facts set forth in this affidavit are based on my personal knowledge and investigation. This affidavit is also based on knowledge I obtained from other individuals, including other law enforcement officers, my review of documents related to this investigation, communications with others who have personal knowledge of the events and circumstances described in this affidavit, and information gained through my training and experience.

3. I make this affidavit in support of an application for an arrest warrant and complaint charging Rovale D. Reese (REESE) (DOB: ▉▉▉▉) with distributing 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

4. Since this affidavit is being submitted for the limited purpose of securing an application for an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that

I believe are necessary to establish probable cause.

## PROBABLE CAUSE

### Parcel Search Warrant Execution on November 10, 2022

5.   On Wednesday, November 2, 2022, upon a review of Postal Business Records, I discovered USPS Priority Mail parcel #9505 5103 0239 2306 6350 03, hereinafter referred to as the **Subject Parcel**, had been placed in the USPS mail stream. Postal Business Records indicated the postage for the parcel had been paid for with cash and the **Subject Parcel** was mailed on November 2, 2022, at approximately 12:08 P.M. CDT from a Houston, Texas post office and was addressed to 1300 E. Reynolds St., Springfield, Illinois 62702.

6.   On Thursday, November 3, 2022, I conducted a review of Postal Business Records which revealed an available image of the **Subject Parcel**. This image revealed the parcel contained a handwritten shipping label and was packaged in a USPS Priority Mail medium flat rate box. In addition, this image revealed the **Subject Parcel** had a return address listed as David Green, 11011 Pleasant Colony, Houston, Texas 77065 and the parcel was addressed to Rhonda Renfro, 1300 E. Reynolds St., Springfield, Illinois 62702. A subsequent review of a law enforcement database revealed the listed sender name on the **Subject Parcel**, "David Green", was not associated with the sender address, 11011 Pleasant Colony, Houston, Texas 77065. Furthermore, a subsequent review of a law

enforcement database revealed the listed recipient name on the **Subject Parcel**, "Rhonda Renfro", was not associated with the recipient address, 1300 E. Reynolds St., Springfield, Illinois 62702.

7. On Thursday, November 3, 2022, anticipating it would be routed through its facility, I contacted the USPS Hazelwood, Missouri Network and Distribution Center (NDC) in an effort to detain the **Subject Parcel** for further examination prior to arriving at its final destination in Springfield, Illinois. On Friday, November 4, 2022, USPS Hazelwood, Missouri NDC employee Cockrell contacted me to advise the **Subject Parcel** had been detained at the USPS Hazelwood, Missouri NDC for further examination.

8. On Tuesday, November 8, 2022, I intercepted and took possession of the **Subject Parcel** from the USPS Hazelwood, Missouri NDC located at 5800 Phantom Dr., Hazelwood, Missouri 63042.

9. On Thursday, November 10, 2022, at approximately 2:45 P.M. CST, U.S. Magistrate Judge Karen L. McNaught signed federal search warrant, 22-MJ-3185, approving the execution of a search of the **Subject Parcel**. On Thursday, November 10, 2022, U.S. Postal Inspectors Ashley Tertocha and Shari Rowe executed federal search warrant, 22-MJ-3185, on the **Subject Parcel** at the USPIS Springfield, Illinois Domicile office located at 411 E. Monroe St., Springfield, IL 62281. A search of the **Subject Parcel** revealed it contained approximately 1,039

gross grams of a white, compressed brick of suspected cocaine which had been secreted inside an infant carrier cover made by Cozy Cover.

### USPS Customer Service Call Center Recording on November 9, 2022

10.     On Wednesday, November 16, 2022, USPIS General Analyst (GA) Creek provided me with USPS call center information from November 9, 2022, pertaining to the **Subject Parcel** to include a telephone call recording. On November 9, 2022, an unknown male identifying himself as "David Green", the same name listed as the sender of the **Subject Parcel**, contacted the USPS call center and spoke to a USPS call center customer service representative reference the **Subject Parcel**. During the telephone call conversation, "David Green" provided his mailing address as 1300 E. Reynolds St., Springfield, Illinois 62702, which was the recipient address of the **Subject Parcel** and advised the USPS customer service representative he was calling for assistance in tracking the status of his package. "David Green" stated the **Subject Parcel** contained an item for a baby and the purchase price was approximately $40.00.[1] Even though "David Green" advised the USPS customer service representative his telephone number was 832-863-6575, information provided by USPIS GA Creek indicated the telephone call placed by "David Green" to the USPS call center was placed by

---

[1] The 1,039 gross grams of suspected cocaine seized from the **Subject Parcel** had been located secreted inside an infant carrier cover.

5

telephone number, 217-816-7457, hereinafter referred to as the **Subject Phone**.

11. On Thursday, December 8, 2022, T-Mobile USA provided law enforcement with records pertaining to the **Subject Phone**. According to T-Mobile USA, the **Subject Phone** was currently an active telephone number and had been activated on December 26, 2018. Furthermore, according to T-Mobile USA, the **Subject Phone** was registered to REESE, 2150 S. 11th St., Springfield, Illinois 62703. A subsequent review of a law enforcement database revealed a Rovale D. REESE (DOB: ▇▇▇▇▇▇▇) being associated to 2150 S. 11th St., Springfield, Illinois 62703.

### USPIS Forensic Laboratory Services Examinations

12. On Tuesday, January 3, 2023, I mailed the approximately 1,039 gross grams of suspected cocaine along with the USPS Priority Mail medium flat rate box and interior packaging material which contained the suspected cocaine to the USPIS Forensic Laboratory Services (FLS) lab in Dulles, Virginia for both chemistry analysis and latent fingerprint analysis examinations via USPS Priority Mail Express parcel #ER 030 756 495 US.

13. On Thursday, November 16, 2023, USPIS FLS Forensic Chemist Mickolas completed a chemistry analysis examination on the approximately 1,039 gross grams of suspected cocaine. The examination completed by Forensic Chemist Mickolas discovered the weight of the compressed off-white powder

material (excluding the packaging) was approximately 1,006.3 grams. Subsequently, a sample of the compressed off-white powder material was tested and was found to contain cocaine hydrochloride.

14. On Wednesday, January 10, 2024, USPIS FLS Forensic Latent Print Analyst Harrid completed a latent fingerprint analysis examination on the outer wrappings which covered the compressed brick of cocaine. In addition, Latent Print Analyst Harrid completed a latent fingerprint analysis on the one (1) USPS Priority Mail medium flat rate box and additional interior packaging material which had secreted the compressed brick of cocaine. The examinations completed by Forensic Latent Print Analyst Harrid identified two (2) latent fingerprints developed from the interior packaging material. Subsequently, Forensic Latent Print Analyst Harrid compared the two (2) developed latent fingerprints to those fingerprints on file by the Federal Bureau of Investigation (FBI) for REESE, FBI #: ▮▮▮▮▮▮ This comparison resulted in the following positive identification: one (1) latent fingerprint belonging to REESE was discovered on a plastic Walmart bag.[2]

---

[2] The compressed brick of cocaine recovered from the **Subject Parcel** on November 10, 2022, had been wrapped inside the aforementioned plastic Walmart bag inside the **Subject Parcel**.

7

## CONCLUSION

15. I respectfully submit this affidavit establishes the probable cause for the arrest and charging of REESE for the offense of distributing 500 grams or more of cocaine in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(B).

Respectfully submitted,

███████████████████████
Postal Inspector James L. Hertel
United States Postal Inspection Service

Sworn subscribed to me by telephone pursuant to Fed. R. Crim. P. 41(d)(3) and Rule 4.1 this 18th day of March, 2025..

███████████████████████
Honorable Colleen R. Lawless
United States District Judge